**FILED**

DEC 29 2006

IN FORMA PAUPERIS DECLARATION

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

_United States District Court for the District of Columbia_
Insert appropriate court

DECLARATION IN SUPPORT
OF REQUEST
TO PROCEED
IN FORMA PAUPERIS

**06 2243**

_Michael J Webb_
(Petitioner)

v.

_Harley G Lappin Dir. of BOP - ET AL_

(Respondent(s))

I, _Michael J Webb_, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that believe I am entitled to relief.

(1) Are you presently employed? Yes [✓] No [ ]
  (a) If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer: _$18.00 $19.00 a month_

  (b) If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received: _____

(2) Have you received within the past twelve months any money from any of the following sources :
  (a). Business, profession or form of self-employment?    Yes [ ] No [✓]
  (b) Rent payments, interest or dividends?               Yes [ ] No [✓]
  (c) Pensions annuities or life insurance payments?     Yes [ ] No [✓]
  (d) Gifts or inheritances?                             Yes [ ] No [✓]
  (e) Any other sources?                                 Yes [ ] No [✓]

If the answer to any of the above is "yes," describe each source of money and state

**RECEIVED**

NOV 17 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

2

the amount received from each during the past twelve months:_____
_____
_____
_____
_____

(3) Do you own cash, or do you have money in checking or savings account?
Yes [ ] No [✓] (include any funds in prison accounts.) If the answer is "yes" state the total value of the items owned:_____
_____
_____

(4) Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? Yes [ ] No [✓] If the answer is "yes," describe the property and state its approximate value:_____
_____
_____

(5) List the persons who are dependent upon you for support, state your relationship to those persons and indicate how much you contribute toward their support: No
_____
_____

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on  11-12-06 _____
                                                  (date)  *[signature]*

Signature of Petitioner

Certificate

I hereby certify that the petitioner herein has the sum of $ 15.54 on account to his credit at the FCC Petersburg, VA institution where he is confined. I further certify that petitioner likewise has the following securities to his credit according to the records of said _____ institution :_____
_____
_____

*[signature]*

Authorized Officer of Institution

2