UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL WEBB )<br># 08789-04 )<br>FCC Petersburg Camp )<br>P.O. Box 90027 )<br>Petersburg, VA 23804 )<br> )<br>          Plaintiff, )<br> )<br>     v. )<br> )<br>FEDERAL BUREAU OF PRISONS, ET AL. )<br>320 First Street,  NW )<br>Washington, DC 20534 )<br> )<br>          Defendant. )<br>_____) | Civil Action No. 06-2243 (HHK<br>Electronic Case Filing |

NOTICE OF ENTRY OF ATTORNEY APPEARANCE

THE CLERK OF THE COURT will please enter the appearance of Special Assistant United States Attorney Quan K. Luong as counsel of record for the Federal Bureau of Prisons, Defendant in the above-captioned civil action.

Respectfully submitted,

_____/s/_____
QUAN K. LUONG
Special Assistant United States Attorney
United States Attorney's Office
Judiciary Center Building
555  4th Street, N.W. - Room  E4417
Washington, D.C. 20530
(202) 514-9150
quan.luong@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this <u>23</u>rd day of <u>February</u>, 2007, a true and correct copy of the foregoing Notice of Appearance was served by first class United States mail, postage prepaid marked for delivery to:

MICHAEL WEBB<br>
# 08789-04<br>
FCC Petersburg Camp<br>
P.O. Box 90027<br>
Petersburg, VA 23804

/s/
QUAN K. LUONG
Special Assistant United States Attorney
United States Attorney's Office
Judiciary Center Building
555 4th Street, N.W. - Room E4417
Washington, D.C. 20530