UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL J. WEBB, | ) |
| Plaintiff | ) ) ) ) ) Civil Action No. 06-2243 (HHK) |
| v. | ) |
| BUREAU OF PRISONS, et al. | ) |
| Defendants. | ) |

**DEFENDANTS' SECOND MOTION TO ENLARGE TIME
TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Defendants Federal Bureau of Prisons, Harley Lappin, Vanessa Adams, Ms. L. Sharpe, Larry Moody, Dr. J. Allen, Dr. L. Negron, Dr. E. Pagaton, Richard Fourth, Kim White, and William Puryear, in their official capacity only, respectfully move for a second enlargement of time to file an answer or otherwise respond to the complaint in this case pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure.[1]  Defendants' response is currently due on May 9, 2007.  Defendant requests an enlargement of time until June 8, 2007 to file an answer or otherwise respond to the complaint.

In support of this request, Defendants state as follows:

1. The undersigned Special Assistant United States Attorney (SAUSA) is presently preparing for a jury trial before the United States District Court for the District of Columbia.  The trial is before Magistrate Judge Robinson and is currently scheduled

---

[1] In making this motion for an extension of time, defendants do not waive any defense or defenses available to them under Fed. R. Civ. P. 12 or otherwise, including immunity from suit.

to last two weeks, from May 7-18, 2007.

2. Due to the demands of the trial and the press of work, Defendant requires additional time to prepare its response.

Because plaintiff is a prisoner, appearing here *pro se*, Local Rule 7(m) does not apply and the undersigned have not made efforts to contact him regarding this motion.[2]

Respectfully submitted,

\_\_\_\_\_/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

\_\_\_\_\_/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

\_\_\_\_\_/s/_____
QUAN K. LUONG
Special Assistant United States Attorney
555 Fourth Street, N.W., Room E-4417
Washington, D.C. 20530
(202) 514-9150 (telephone)
(202) 514-8780 (facsimile)

---

[2] Local Civil Rule 7(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*." It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any *nonprisoner* pro se party)" to meet and confer prior to a scheduling conference. LCvR 16.3(a) (emphasis added).

2

## CERTIFICATE OF SERVICE

I certify I caused copies of the foregoing Defendant's Second Motion to Enlarge Time to File Answer or Otherwise Respond to Complaint served by first class mail upon *pro se* plaintiff at:

**MICHAEL J. WEBB**
R 08789-084
PETERSBURG LOW FEDERAL CORRECTIONAL INSTITUTION
P.O. Box 1000
Petersburg, VA 23804

on this 3rd day of May, 2007.

_____/s/_____
QUAN K. LUONG
Special Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

MICHAEL J. WEBB,               )
                               )
    Plaintiff                  )
                               )
                               ) Civil Action No. 06-2243 (HHK)
    v.                         )
                               )
BUREAU OF PRISONS, et al.      )
                               )
    Defendants.                )
_____)

**ORDER**

UPON CONSIDERATION of the Defendants' Second Motion for Enlargement of Time, support thereof, the grounds stated therefor and the entire record in this matter, it is by the Court this ____ day of _____, 2007, hereby

ORDERED that the said motion be and hereby is granted; and it is

FURTHER ORDERED Defendants shall file an answer or dispositive motion on or before June 8, 2007, 2007.

_____
UNITED STATES DISTRICT JUDGE