6-12-07

Nancy Mayer-Whittington, Clerk
U.S. District Court
For the District of Columbia
333 Constitution Ave NW
Washington D.C. 20001

RECEIVED
JUN 15 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Re: Webb v. Lappin, et al
Case #: 062243-HHK

Madam Clerk,

Please be advised I have been transferred to FCI Morgantown and send all future correspondence to me at the address listed below. Thank You,

Sincerely,
Michael Webb

Michael J. Webb
08789-084
FCI Morgantown
P.O. Box 1000
Morgantown, WV 26507

cc: US Attorney