UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL J. WEBB,

    Plaintiff,

v.

CASE NUMBER 06-2243 (HHK)

HARLEY G. LAPPIN, ET AL.,

    Defendants

RECEIVED

JUL 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

EXPEDITE/EMERGENCY

**MOTION FOR EXTENSION OF TIME
PURSANT TO FRCP 6**

    Now comes Plaintiff Michael J. Webb in Pro Se for a motion to extend time within which to respond to Defendants Harley G. Lappin, Vanessa Adam, Laurene Sharpe, Larry Moddy, Dr. Jeffery Allen, Luis Negron, Elizabeth Panaguiton, Kim White, Richard Forth, and William Puryear.

    1. The action was instituted on Dec. 29, 2006.

    2. Plaintiff resides at FCI MORGANTOWN, not FCC PETERSBURG CAMP. FCI MORGANTOWN utilizes specific protocol with respect to legal mail.

    3. I am unable to obtain counsel of my choice.

    4. I am unable to pay counsel to represent me or to pay the considerable expenses which will be incurred to pursue myself in this civil complaint.

    5. I have no access to the documents numbering in the hundreds that form the basis of this civil complaint.

    6. Due to my incarceration I have limited access to some witnesses but no access to the majority of witnesses that I must examine in order to pursue the allegations set forth in this civil complaint. The witness are located at FCC PETERSBURG I am at FCI MORGANTOWN.

    7. My ability to work on pleading, discovery, motions and other filings are limited by the rules of this institution. I have limited access to the resource at this institution that are required to respond to the Court, the Plaintiff and other defendants. I can use the law library at this institution only when it is open and I am off work. My access to reference material and

the four (4) Swintec Typewriters are constrained by their use by the other 1300 inmates at the institution. Furthermore, the facilities may be closed at the discretion of the Bureau of Prison with no notice to the inmates who would otherwise use the facilities.

8. I have no access to the Local Rules of the Court of the Eastern District of Virginia and now I'm in the Northern District of West Virginia, and limited access to the Federal Rules of Civil Procedure.

9. I am not an attorney and have no training or specialized knowledge with regard to defending a complicated legal action.

10. I only have limited access to a typewriter to produce all of the required paperwork. I am not permitted to use word processing equipment in conducting my investigation.

11. The amount of postage that I can purchase is limited by the rules of this institution and is insufficient to mail the pleading's that will be required in this case.

12. I have limited ability to make copies due to the cost, spending limit and physical access limits imposed under the rules of this institution. The required copying of pleading's in this case will greatly exceed the maximum amount allowed by the rules of this institution.

13. FRCP Rule 6(B)(2) permits this Honorable Court to enlarge the time frame when good cause is shown.

Wherefore Plaintiff Michael J. Webb prays pursuit to FRCP 5(b)(2)(B), 6(E), 6(B)(2), that this Court extend the time to serve and file by mail a responsive pleading to Defendants motion to dismiss or in the alternative to transfer venue.

Respectfully submitted

Michael J. Webb
08789-084
June 25, 2007

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Michael J. Webb,

      Petitioner,                          Case No. 06-2243HHK

    vs

Jeffrey A. Taylor, DC
United States Attorney

Rudolph Contreras, DC
Assistant United States Attorney

Quan K, Luong
Special Assistant United States Attorney

On Behalf of the
Harley G. Lappin, et al.,

      Respondent/defendants

### PROOF OF SERVICE PURSUANT TO 28 U.S.C. § 1746

### THE PRISON MAILBOX RULE

I, Michael J. Webb, as Pro-se Respondent in the above entitled case, do hereby declare that I have deposited PETITIONER'S MOTION FOR EXTENSION OF TIME PURSUANT TO FRCP 6, in the United States Mailbox established for prisoners at the Federal Correctional Institution in Morgantown, WV, U.S. First Class Postage was pre-paid and affixed thereon and addressed as follows on June 26, 2007 to:

                Jeffrey A. Taylor, DC
                United States Attorney

                Rudolph Contreras, DC
                Assistant U.S. Attorney

Quan K. Luong, Special Assistant, U.S. Attorney, On Behalf of Harry Lappin, et al.,.

                                                      */s/ Michael Webb*