UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Michael J. Webb,

    Plaintiff,                               Case # 06-2243 (HHK)

    vs

Harley G. Lappin, et al.,

    Defendants.

Dear Mr. Quan K. Luong,

    You have yet to respond to my INTERROGATORIES dated 7-17-07. If you may recall it was directed to Harvey Lappin.

    As you are aware, F.R.C.P. 33 requires the defendant(s) to answer these INTERROGATORIES in 30 days.

    If I have not received these INTERROGATORIES RESPONSES by the 8th of Sept, '07, I will file a MOTION TO COMPEL under F.R.C.P. Rule 37(a).

    If you have any questions please feel free to contact me.

                                      Very Truly,

                                      Michael J. Webb

                                      */s/ Michael Webb*

cc:
Clerk of Courts: US District Court
District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
333 CONSTITUTION AVE., NW, WASHINGTON, DC 20001

Michael J. Webb,                              Case No. 06 2243(HHK)

       Plaintiff,

vs

Jeffrey A. Taylor
DC United States Attorney

Rudolph Contreras,
DC Assistant United States Attorney

Quan K. Luong,
Special Assistant United States Attorney

On Behalf of:
Harry G. Lappin, et al.,

       Defendants.

PROOF OF SERVICE PURSUANT TO 28 USC § 1746
THE PRISON MAILBOX RULE

   I, Michael J. Webb, as a pro'se plaintiff in the above titled action do hereby declare that I have deposited TO GET A RESPONSE FOR THE PLAINTIFFS FIRST SET OF INTERROGATORIES TO DEFENDANT HARRY G. LAPPIN, in the United States Mailbox established for prisoners at the Federal Correctional Institution @ Morgantown, WV, US Mail 1st Class.

   Postage was prepaid and affixed thereon addressed as follows:

DATE: August 27, 2007                Jeffrey A. Taylor
                                     DC United States Attorney

                                     Rudolph Contreras,
                                     DC Assistant United States Attorney

                                     Quan K. Luong, Special Assistant
                                     US Attorney, On Behalf of Harley
                                     Lappin, et al.,

                                     Michael J. Webb pro'se

                                     *(signature)*