UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RECEIVED**
SEP 17 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

MICHEAL J. WEBB,

    PLAINTIFF,

V.

    CASE NUMBER 06-2243 (HHK)

HARLEY G. LAPPIN, ET AL.,

## MOTION TO COMPEL DEFENDANTS TO ANSWER INTERROGATORY NUMBERED 1 THROUGH 7

Comes now, Micheal Webb as pro-se plaintiff request this Honorable Court to Compel the defendants to answer the Interrogatory, which were served on 07/17/2007, under Rule 37(a) Plantiff states the following.

1. On 07/17/2007 served defendants with interrogatories.
2. Under Rule 33(b)(3) defendants has 30 days to answer.
3. Defendants failed to answer by specified date under Rule 33(b)(3).
4. Plaintiff sent a letter dated 8/27/2007, for response to interrogatories.
5. Plaintiff gave defendant until 9/8/2007, to respond.
6. Defendant have failed to respond to the Interrogatories or the letter dated 8/27/07.

See enclosed Exhibit A, Declaration and Affidavait of Micheal Webb dated, 9/13/07.

Rule 33(b)(3) clearly states that the defendants have 30 days to answer after the service of Interrogatory:

At no time has defendants objected to any of the information requested in the Interrogatory. Plaintiff has given the defendant ample time to answer the Interrogatory.

Plaintiff contacted the defendants in an attempt to resolve this matter without this Honorable Courts interventation. However, defendants have chosen not to respond to the Interrogatory or the letter dated 8/27/2007. See Exhibit 1 of Exhibit A Declaration Affidavit of Michael Webb.

### RELIEF REQUEST

Plaintiff request this Honorable Court to ORDER the defendants to answer Interrogatory numbered 1 through 7, within 10 days.

Plaintiff requests that defendants also pay all expenses that the plaintiff has incurred, in filing this motion.

_Micheal J. Webb_
Micheal J. Webb
Pro-se Litigant

9/13/07
Date

DECLARATION AND AFFIDAVIT
OF MICHEAL J. WEBB

1. On 7/17/2007, I served defendants with Interrogatory number 1 through 7.
2. Under Rule 33(b)(3) defendants had 30 days from date of Service to answer Interrogatory.
3. Defendants failed to answer by date specified under Rule 33(b)(3).
4. Plaintiff sent a letter dated 8/27/2007, (Exhibit-1) informing the defendant that they had not respond to Interrogatory by the specific time frame set in Rule 33(b)(3).
5. Plaintiff gave defendants until 9/8/2007, to respond.
6. Defendants have failed to respond to the Interrogatory or the letter dated 8/27/2007.

I swear that the above information is a true and correct statement of facts under the penalty of perjury.

9/13/07
Date

Micheal J. Webb
Pro-Se Litigant

"Authorized by the Act of July 27, 1955 to administer oaths (18 USC 4004)."

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
333 CONSTITUTION AVE., NW, WASHINGTON, DC 20001

MICHAEL J. WEBB,   CASE NO. 06-2243(HHK)

    Plaintiff

vs

JEFFREY A. TAYLOR
DC UNITED STATES ATTORNEY

RUDOLPH CONTRERAS,
DC ASSISTANT UNITED STATES ATTORNEY

QUAN K. LUONG
SPECIAL ASSISTANT UNITED STATES ATTORNEY

On Behalf of:
HARRY G. LAPPIN, et al.,

    Defendants

### PROOF OF SERVICE PURSUANT TO 28 USC § 1746
### THE PRISON MAILBOX RULE

I, Michael J. Webb, as a pro-se plaintiff in the above titled action do hereby declare that I have deposited MOTION TO COMPEL DEFENDANTS TO ANSWER INTERROGATORY NUMBER 1 THROUGH 7, TO DEFENDANT HARRY G. LAPPIN, in the United States Mailbox established for prisoners at the Federal Correctional Institution @ Morgantown, WV, US Mail 1st Class.

Postage was prepaid and affixed thereon addressed as follows:

Dated: September 14, 2007

Jeffrey A. Taylor
DC United States Attorney

Rudolph Contreras,
DC Assistant United States Attorney

Quan K. Luong, Special Assistant
US Attorney, On Behalf of Harley
Lappin, et al.,

Michael J. Webb pro'se

*/s/ Michael Webb*