UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL J. WEBB, )<br>  )<br>　　　　Plaintiff, )<br>　　v. )<br>  )<br>HARLEY G. LAPPIN, et al., )<br>  )<br>　　　　Defendants. )<br>  ) | Case No: 06-2243 (HHK) |

### NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Blanche L. Bruce as counsel of record for Defendant and withdraw the appearance of Special Assistant United States Attorney Quan K. Luong.

Dated: October 1, 2007                     Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　QUAN K. LUONG

　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　BLANCHE L. BRUCE
　　　　　　　　　　　　　　　　　　　　D.C. Bar No. 960245
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　555 Fourth St., N.W.
　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20530
　　　　　　　　　　　　　　　　　　　　(202) 307-6078