October 19, 2007



UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
333 Constitution Ave., N.W.
Washington, DC  20001

RECEIVED
OCT 2 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RE:      MICHEAL J. WEBB   v.   HARLEY G. LAPPIN, ET AL.
CASE NO.:   06-2243 (HHK)

ATTN: Nancy Mayer Whittington          Motion of complaints.

Dear Clerk,

   I have sent this letter in order to explain something that the defendants counsel pointed out in a motion entitled DEFENDANTS OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL.

   In the Background section paragraph two the defendant's state "Plaintiff's motion does not even mention, let alone respond to, defendants' motion to stay discovery."

   There is a very good reason for this.

   Defendant's motion to stay discovery was filed on 8/29/07 and was sent to FCC PETERSBURG CAMP located in Petersburg, VA. See Exhibit A Certificate of Service.

   Defendant's motion to stay discovery was filed on 9/25/07 and it to was sent to FCC PETERSBURG CAMP located in Petersburg, Va. See Exhibit B Certificate of Service.

   The problem with this is that I haven't been at FCC PETTERSBURG since June of 2007. I sent a letter to the clerk of the court informing the court of my change of address. I also sent a copy of this letter to the defendant's attorneys so that they too would have my correct address. However, for some unknow reason this was not done by the defendant's counsel. See Exhibit C hand written letter dated 6/12/07 addressed to Nancy Mayer-Whittington, clerk of the court. Not only did I inform the defendant's attorneys of my address change my proof of service clearly shows that I deposited a copy of the Plaintiff's First Interrogatories to Defendant Harley Lappin from the Federal Correctional Institution located at FCI MORGANTOWN. Exhibit D Proof of Service on Plaintiff's First Interrogatories to Defendant Harley Lappin.

   I did not receive the defendant's motion to stay discovery until 10/04/07 and the defendant's opposition to plaintiff's motion to compel

was received on 10/05/07. Both motions had been forwarded to me at my current location, FCI MORGANTOWN by the mailroom at FCC PETERSBURG CAMP.

Had the defendant's addressed their motions correctly I would have been able to address them both, however this was not the case.

This is just another example of why the court would benefit from having counsel appointed to me. Counsel would have caught this problem and could have addressed it with out having to bother the court with such minor problems that could have very well grew into major problems.

I felt that it was important to bring this situation to the attention of the court. I did not want the court to think that I was trying to slip something in.

Thank you for your time and patience in this matter.

Very truly,

*[signature]*

MICHEAL J. WEBB
PRO-SE LITIGANT
08789-084
P.O. Box 1000
Morgantown, WV   26507-1000


cc:   QUAN K. LUONG
      555 Fourth St., N.W., Room E-4417
      Washington, DC   20530

**EXHIBIT A**

Case 1:06-cv-02243-HHK   Document 24   Filed 08/29/2007   Page 6 of 6

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was served, this 29th day of August, 2007, by United States mail, first class postage paid, addressed to:

Michael J. Webb
Reg. No. 08789-084
FCC Petersburg Camp
P.O. Box 90027
Petersburg, VA 23804

                       ___/s/_____
                       QUAN K. LUONG
                       Special Assistant United States Attorney
                       555 Fourth Street, N.W., Room E-4417
                       Washington, D.C. 20530
                       (202) 514-9150 (telephone)
                       (202) 514-8780 (facsimile)

## CERTIFICATE OF SERVICE

I certify I caused copies of the foregoing Defendants' Opposition to Plaintiff's Motion to Compel to be served by first class mail upon *pro se* Plaintiff at:

> Michael J. Webb
> Reg. No. 08789-084
> FCC Petersburg Camp
> P.O. Box 90027
> Petersburg, VA 23804

on this 24th day of September, 2007.

            /s/
            QUAN K. LUONG
            Special Assistant United States Attorney

6-12-07

Nancy Mayer-Whittington, Clerk
U.S. District Court
For the District of Columbia
333 Constitution Ave NW
Washington D.C. 20001

Re: Webb v. Lappin, et al
Case #: 06 2243 - HHK

Madam Clerk,

Please be advised I have been transferred to FCI Morgantown and send all future correspondence to me at the address listed below. Thank You,

Sincerely,

Michael J. Webb
08789-084
FCI Morgantown
P.O. Box 1000
Morgantown, WV 26507

cc: US Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
333 CONSTITUTION AVE. NW, WASHINGTON, DC 20001

Michael J. Webb,

        Plaintiff                                Case # 06 2243(HHK)

    vs.

Jeffrey A. Taylor,
DC United States Attorney

Rudolph Contreras,
DC Assistant United States Attorney

Quan K. Luong,
Special Assistant United States Attorney

On Behalf of:
Harley G. Lappin, et al.,

        Defendants

### PROOF OF SERVICE PURSUANT TO 28 USC § 1746
### THE PRISON MAILBOX RULE

I, Michael J. Webb, as a pro-se plaintiff in the above titled action do hereby declare that I have deposited PLAINTIFFS FIRST INTERROGATORIES TO DEFENDANT HARLEY G. LAPPIN, in the United States Mailbox established for prisoners at the Federal Correctional Institution @ Morgantown, WV US Mail 1st Class Postage was prepaid and affixed thereon addressed as follows:

DATE July 17, 2007            Jeffrey A. Taylor,
                                   DC United States Attorney

                                   Rudolph Contreras,
                                   DC Assistant United States Attorney

                                   Quan K. Luong, Special Assistant US
                                   Attorney, On Behalf of Harley Lappin et al.,

                                   Michael J. Webb pro-se