UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHAEL J. WEBB**<br><br>**Plaintiff,**<br><br>v.<br><br>**HARLEY G. LAPPIN,**<br>*Director of Bureau of Prisons*,<br><br>**Defendant** | **Civil Action 06-02243** |

**ORDER OF TRANSFER**

Before the court is the motion of defendant to dismiss or, in the alternative, to transfer venue (#16). Upon consideration of the motion, plaintiff's response thereto, and the record of this case, the court concludes that this action should be transferred to the Easter District of Virginia. This action will be transferred to the Eastern District of Virginia because it is there where the matters giving rise to the complaint took place, where most if not all of the witnesses and documents are located, and also where plaintiff is currently housed.

Accordingly, it is this 24th day of October, 2007, hereby

**ORDERED** that this action be transferred to the Eastern District of Virginia.

Henry H. Kennedy, Jr.<br>United States District Judge